IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
ANTON SPILINEK,              )
                             )
          Plaintiff,         )       7:03CV5004
                             )
     v.                      )
                             )
BURLINGTON NORTHERN & SANTA  )       ORDER
FE RAILWAY COMPANY, a        )
Delaware corporation,        )
                             )
          Defendant.         )
_____)
```

This matter is before the Court on the joint stipulation for dismissal with prejudice (Filing No. 63). Pursuant thereto,

IT IS ORDERED that this action is dismissed with prejudice, each party to pay its own costs.

DATED this 13th day of May, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court